JUNE 25, 1963

No. 67874.—APPEAL 5106.—I. Arditi *v.* United States.—

C.A.D. 818.

No. 67875.—APPEAL 5109.—Morris Friedman *v.* United States.—

C.A.D. 819.

BEFORE THE FIRST DIVISION, JULY 2, 1963

No. 67876.—Tandberg of America *v.* United States, protest 62/7052(B) (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of sound motion-picture projectors similar in all material respects to those the subject of *United States* v. *Milton Diamond and Massce-Barnett Co., Inc.* (42 CCPA 9, C.A.D. 561), the claim of the plaintiff was sustained.

No. 67877.—Novelty Import Co., Inc., et al. *v.* United States, protests 61/10866, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of plastic back scratchers the same in all material respects as those the subject of *Ignaz Strauss & Co., Inc., et al.* v. *United States* (45 Cust. Ct. 161, C.D. 2218), the claim of the plaintiffs was sustained.

No. 67878.—Selectile Co., Inc. *v.* United States, protests 59/10362, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of polished marble slabs similar in all material respects to those the subject of *United States* v. *Selectile Co., Inc., et al.* (49 CCPA 116, C.A.D. 805), the claim of the plaintiff was sustained.

**No. 67879.**—Selectile Co., Inc., et al *v.* United States, protests 62/5325, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of polished marble slabs similar in all material respects to those the subject of *United States* v. *Selectile Co., Inc., et al.* (49 CCPA 116, C.A.D. 805), the claim of the plaintiffs was sustained.

**No. 67880.**—Capitol Records, Inc. *v.* United States, protest 61/7767 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of recording tapes similar in all material respects to those the subject of *Electric & Musical Industries (US), Ltd.* v. *United States* (42 Cust. Ct. 87, C.D. 2070), the claim of the plaintiff was sustained.

JULY 1, 1963

**No. 67881.**—APPEAL 5115.—United States *v.* Bruce Duncan Co., Inc., a/c Kasuga Sales, Ltd., and National Silver Company.—

—C.D. 2339 reversed March 20, 1963. C.A.D. 817.

BEFORE THE FIRST DIVISION, JULY 9, 1963

**No. 67882.**—W. J. Byrnes & Co. of N.Y., Inc. *v.* United States, protests 59/7534, 58/24622, and 58/19744 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of lumber material similar in all material respects to that the subject of *C. S. Emery & Company* v. *United States* (41 Cust. Ct. 7, C.D. 2013), the claim of the plaintiff was sustained.